No. 02–7951. RADIVOJEVIC v. DALEY, MAYOR OF THE CITY OF CHICAGO, ILLINOIS, ET AL., 537 U. S. 1201. Motion of petitioner for leave to file petition for rehearing denied.

OCTOBER 9, 2003

No. 03–6821 (03A308). NELSON v. CAMPBELL, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, granted pending disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for writ of certiorari is granted, the stay shall terminate upon the sending down of the judgment of this Court.

OCTOBER 10, 2003

No. 02–1628. CONTINENTAL COMMON CORP. ET AL. v. KELLY INVESTMENT, INC. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.2.

OCTOBER 14, 2003

No. 03–5629. MOORE v. MISSISSIPPI. Sup. Ct. Miss. Motion of petitioner for leave to proceed in forma pauperis denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U. S. 1 (1992) (per curiam). JUSTICE STEVENS dissents. See id., at 4, and cases cited therein.